UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Antonino Garcia Alvarez, | ) |
| | ) |
| Plaintiff, | )   Case No. |
| | ) |
| v. | ) |
| | ) |
| Buffet King, Inc., | ) |
| Buffet King of Brookhaven, Inc., | ) |
| and Yong Rong Li, | ) |
| | ) |
| Defendants, | ) |
| | ) |

# COMPLAINT

Plaintiff Antonino Garcia Alvarez files this Complaint against Buffet King, Inc., Buffet King of Brookhaven, Inc., and Yong Rong Li for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, to recover unpaid wages, liquidated damages, costs, litigation expenses, and attorneys' fees.  Plaintiff alleges as follows:

## PARTIES

1. Plaintiff is a resident of Georgia in this judicial district and division.

2. Buffet King, Inc. ("Buffet King") was a corporation with its principal place of business at 3303 Buford Highway NE, Suite #470, Atlanta, GA, 30329 in this judicial district and division.

3. The Georgia Secretary of State business filings indicate that Buffet King was dissolved on June 25, 2016.

4. At all times throughout the relevant period until it was dissolved, Buffet King operated and transacted business during the relevant period as the King Buffet restaurant located at 3303 Buford Highway NE, Suite #470, Atlanta, GA, 30329.

5. Buffet King of Brookhaven, Inc. ("Buffet King of Brookhaven") is a corporation with its principal place of business at 3303 Buford Highway NE, Suite #470, Atlanta, GA, 30329 in this judicial district and division.

6. Buffet King of Brookhaven's date of registration was February 29, 2016.

7. Buffet King of Brookhaven's registered agent for service of process is Yong Rong Li, 3303 Buford Highway NE, Suite #470, Atlanta, GA, 30329.

8. Buffet King and Buffet King of Brookhaven share the same owner and manager, Yong Rong Li.

9. On information and belief, Buffet King of Brookhaven is the successor of Buffet King and does business as the King Buffet restaurant.

10. At all times throughout the relevant period, Buffet King and/or Buffet King of Brookhaven operated the King Buffet restaurant.

11. At all times throughout the relevant period, Yong Rong Li has been the owner, manager, and/or officer of the King Buffet restaurant.

12. Yong Rong Li is a resident of Georgia in this judicial district and division.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over the present action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

14. Venue properly lies in the Northern District of Georgia under 28 U.S.C. § 1391. Buffet King, Buffet King of Brookhaven, and Yong Rong Li transact business in this judicial district, and a substantial portion of the events giving rise to the claims herein occurred in this judicial district.

## FACTS

15. The relevant period for damages is three years prior to the filing of this Compliant, October 26, 2013 until October 26, 2016.

16. At all times throughout the relevant period, Defendants Buffet King, Buffet King of Brookhaven, and Yong Rong Li owned and operated the King Buffet restaurant.

17. At all times throughout the relevant period until October 15, 2016, Defendants employed Plaintiff at the King Buffet restaurant as a dishwasher and kitchen helper.

18. At all times throughout the relevant period, Plaintiff was a non-exempt hourly worker for King Buffet restaurant.

19. Defendants paid Plaintiff an hourly wage of less than the minimum wage and worked in excess of forty hours per work week.

20. Defendants Buffet King, Buffet King of Brookhaven, and Yong Rong Li maintained records of those hours that Plaintiff worked at the King Buffet restaurant.

21. At all times throughout the relevant period, Plaintiff was an "employee" of Buffet King, Buffet King of Brookhaven, and Yong Rong Li and covered under the FLSA, 29 U.S.C. §§ 201 *et seq.*

22. At all times throughout the relevant period, Buffet King, Buffet King of Brookhaven, and Yong Rong Li were the "employer" of Plaintiff as defined by the FLSA, 29 U.S.C. §§ 201 *et seq.*

23. At all times throughout the relevant period, Buffet King, Buffet King of Brookhaven, and Yong Rong Li were Plaintiff's employers engaged in interstate commerce, within the meaning of the FLSA, 29 U.S.C. §§ 206(a) and 207(a).

24. At all times throughout the relevant period, Buffet King, Buffet King of Brookhaven, and Yong Rong Li had multiple employees, including the Plaintiff, handling, selling, or otherwise working on goods or materials that have been moved in or produced for interstate commerce by any person.

25. At all times throughout the relevant period, Buffet King, Buffet King of Brookhaven, and Yong Rong Li were an enterprise with annual gross volume of sales made or business done of not less than $500,000.00.

26. At all times throughout the relevant period, Yong Rong Li was owner and/or manager of Buffet King and Buffet King of Brookhaven, had control and direction over workplace conditions, operations, personnel, and compensation at the King Buffet restaurant where Plaintiff worked.

27. Yong Rong Li, as an owner, manager, and/or officer of Buffet King and Buffet King of Brookhaven, made the decisions to pay Plaintiff less than the minimum wage and withhold overtime and other pay in violation of the FLSA.

28. Yong Rong Li acted on behalf of Buffet King and Buffet King of Brookhaven by paying Plaintiff in cash for the purpose of concealing the employment of Plaintiff and amounts paid to Plaintiff.

29. Defendants also paid Plaintiff in cash for purposes of avoiding the payment of taxes.

## COUNT I
## FAIR LABOR STANDARDS ACT VIOLATIONS
## (OVERTIME)

30. Plaintiff repeats and realleges each paragraph above as though it were fully set forth at length herein.

31. At all relevant times, Buffet King, Buffet King of Brookhaven, and Yong Rong Li had a uniform policy and practice of willfully refusing to pay Plaintiff overtime compensation for all hours worked in excess of forty hours per workweek.

32. Buffet King, Buffet King of Brookhaven, and Yong Rong Li refused to pay Plaintiff at a rate that was at least one and one-half times the regular rate of pay for work performed in excess of forty hours per workweek.

33. Defendants Buffet King, Buffet King of Brookhaven, and Yong Rong Li's conduct constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

34. Due to Buffet King, Buffet King of Brookhaven, and Yong Rong Li's FLSA overtime violations, Plaintiff was damaged and is entitled to recover from Buffet King, Buffet King of Brookhaven, and Yong Rong Li compensation for unpaid overtime wages; an additional equal amount as liquidated damages; and reasonable attorneys' fees, costs and expenses of this action, pursuant to 29 U.S.C. § 216(b).

# COUNT II
# FAIR LABOR STANDARDS ACT VIOLATIONS
# (MINIMUM WAGE)

35. Plaintiff repeats and realleges each paragraph above as though it were fully set forth at length herein.

36. At all relevant times, Buffet King, Buffet King of Brookhaven, and Yong Rong Li had a common practice of willfully refusing to pay Plaintiff and other employees at least the minimum wage of $7.25 per hour.

37. Buffet King, Buffet King of Brookhaven, and Yong Rong Li willfully paid Plaintiff wages that were below the applicable minimum wage for all hours worked.

38. Defendants Buffet King, Buffet King of Brookhaven, and Yong Rong Li's conduct constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

39. Plaintiff was damaged by Buffet King, Buffet King of Brookhaven, and Yong Rong Li's refusal to pay Plaintiff at least the minimum wage.

40. Buffet King, Buffet King of Brookhaven, and Yong Rong Li are liable for damages in the amount of the difference between the average hourly wage during a workweek and the applicable minimum wage.

41.     Due to Buffet King, Buffet King of Brookhaven, and Yong Rong Li's FLSA minimum wage violations, Plaintiff was damaged and is entitled to recover actual damages for the difference between the average hourly wage during a workweek and the applicable minimum wage; an equal amount in liquidated damages; and reasonable attorneys' fees, costs and expenses of this action, pursuant to 29 U.S.C. § 216(b).

**WHEREFORE**, Plaintiff demands a trial by jury and requests that this Court grant the following relief against Buffet King, Buffet King of Brookhaven, and Yong Rong Li:

A.     An award of compensation for unpaid overtime to Plaintiff;

B.     An award of compensation for failure to pay Plaintiff the minimum wage;

C.     An award of liquidated damages for failure to pay minimum wage and failure to pay overtime compensation;

D.     An award of costs and expenses of this action together with reasonable attorneys' and expert fees; and

E.     Such other and further relief as this Court deems just and proper.

This 26th day of October, 2016,

        **HALL & LAMPROS, LLP**

        /s/ *Gordon Van Remmen*
        Christopher B. Hall
        Ga Bar No. 318380
        Gordon Van Remmen
        Ga Bar No. 215512
        HALL & LAMPROS, LLP
        1230 Peachtree St. N.E.
        Suite 950
        Atlanta, GA 30309
        (404) 876-8100 telephone
        (404) 876-3477 facsimile
        chall@hallandlampros.com
        gordon@hallandlampros.com

        ATTORNEYS FOR THE
        PLAINTIFF

Plaintiff's counsel certifies that this complaint is in 14 point Times New Roman font.