IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTONIO GARCIA ALVAREZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUFFET KING, INC., BUFFET KING OF BROOKHAVEN, INC., and YONG RONG LI, | : : : | CIVIL ACTION NO. 1:16-cv-3996-AT |
| | : | |
| Defendants. | : | |

## **ORDER**

The parties have filed a Joint Motion to Approve Settlement [Doc. 31], along with their proposed Settlement Agreement [Doc. 31-1]. The Court subsequently requested clarification from the parties regarding the calculation of the settlement award for Plaintiff, and the Court also reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action.

Accordingly, the Court **GRANTS** the Joint Motion to Approve Settlement [Doc. 31] and retains jurisdiction over the enforcement of this settlement

agreement. The Court **ADMINISTRATIVELY CLOSES** this case.[1] The parties are **DIRECTED** to file their joint stipulation of dismissal within the time provided for in the settlement agreement or one hundred and twenty (120) days of this Order, whichever comes first. If no such stipulation has been filed by that time, the Clerk is **DIRECTED** to resubmit this matter to the undersigned.

**IT IS SO ORDERED** this 18th day of September, 2017.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] Administrative closure is a docket control device that does not prejudice the parties. The parties may move to reopen an administratively closed case at any time.